**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James Derrick BRASWELL,**
**Defendant–Appellant.**

No. 15–10668
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 16, 2015.

Lennard B. Register, III, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL,

Jason R. Coody, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, James Derrick Braswell, Eastpoint, FL, for Defendant–Appellant.

Before JORDAN, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for James Derrick Braswell in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Braswell's conviction and sentence is **AFFIRMED.**